Pearson, J.
 

 The plaintiff was not entitled to recover, although wc do not concur in the reasoning of the Judge, nor in the view he took of the case. Whether the endorsement on the deed of trust had the effect of extinguishing the trust debt, or of assigning it to the defendant, we think immaterial. It is
 
 certain,
 
 the legal title did not pass, but remained in E. Hetrick, the trustee. It is also
 
 certain
 
 that the trust estate of Lockenore did pass by his deed to the defendant on the 22nd of October, which was on Wednesday of the term, when the judgment, under which the lessor claims, was entered. The execution issued after the expiration of the term, and, at the time it issued, Lockenore had no trust estate, having passed it to the defendant by the deed of the 22d of October ; so that the lessees took nothing by the sheriff’s sale. An execution does not bind trust estates from the
 
 teste,
 
 but from the time it is sued.
 
 Hall
 
 v.
 
 Harris,
 
 3 Ire. Eq. 289. This does not seem to have occurred to the learned Judge or the counsel. It decides the case.
 

 Per Curiam
 

 Judgment affirmed.